# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COLLEEN DEMERS,**

        **Plaintiff,**

-vs-                                                    Case No. 6:06-cv-1235-Orl-31KRS

**ADAMS HOMES OF NORTHWEST FLORIDA, INC.,**

        **Defendant.**

_____

## ORDER

This matter comes before the Court on Plaintiff's Motion to Alter Judgment as to Count I or Motion for New Trial (Doc. 120), and her memorandum of law in support thereof (Doc. 132).

In this motion, Plaintiff asks this Court to award her equitable relief on her claim for interference with her rights under the Family Medical Leave Act ("FMLA"). Equitable relief is an available remedy under the FMLA. However, equitable relief, in the form of a declaratory judgment or injunction, is simply not appropriate in this case as it would not remedy any harm alleged by the Plaintiff. Accordingly, it is

**ORDERED** that Plaintiff's Motion to Alter Judgment as to Count I or Motion for New Trial (Doc. 120) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 24, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE